# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-CR-0003-HDM (RAM) |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| PAUL OROZCO, | ) | |
| Defendant | ) | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of November 28, 2012, PAUL OROZCO's eight-year term of supervised release imposed on September 29, 2004, is hereby reduced by one year, for a seven-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: May 23, 2013.

_____
HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE